UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>DEVON BELL, et al.,<br><br>  Defendants. | No. 2:20-cv-2132-EFB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1), an amended complaint (ECT No. 6), and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 5). However, the trust account statement accompanying plaintiff's request for leave to proceed in forma pauperis is not certified by a jail official. *See* 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 23, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE